THE HONORABLE TANA LIN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ANIMAL WELLNESS ACTION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. FISH AND WILDLIFE SERVICE, *et al.*,<br><br>Federal Defendants. | Case No. 2:24-cv-1796-TL<br><br>[~~PROPOSED~~] **ORDER ON STIPULATED EXTENSION OF TIME AND MOTION TO LODGE ADMINISTRATIVE RECORD** |

The Court hereby ORDERS that Federal Defendants shall lodge an electronic copy of the administrative record with the Court, instead of on CM/ECF, but are required to file the index to the administrative record through CM/ECF no later than April 2, 2025.

Dated: January 6, 2025

_____
Tana Lin
United States District Judge

Case No. 2:24-cv-1796-TL

U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 305-0641