SUSAN JANE M. BROWN (WSB# 31224)
SILVIX RESOURCES
4107 NE Couch St.
Portland, OR 97232
(503) 680-5513
sjb@silvix.org

*Attorney for Applicants-in-Intervention*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **ANIMAL WELLNESS ACTION** and **THE CENTER FOR A HUMANE ECONOMY,** <br><br> *Plaintiffs,* <br><br> vs. <br><br> **U.S. FISH AND WILDLIFE SERVICE; MARTHA WILLIAMS,** Director of U.S. Fish and Wildlife Service**; U.S. DEPARTMENT OF THE INTERIOR;** and **DEB HAALAND,** Secretary of the Interior, <br><br> *Defendants,* <br> and <br><br> **ENVIRONMENTAL PROTECTION INFORMATION CENTER, KLAMATH-SISKIYOU WILDLANDS CENTER, UMPQUA WATERSHEDS, CONSERVATION NORTHWEST,** and **MARIN AUDUBON SOCIETY,** <br><br> *Proposed Defendants.* | Civ. Case No. 2:24-cv-01796-TL <br><br><br> [~~PROPOSED~~] ORDER |

This matter having come before the Court on Defendant-Intervenor-Applicants' ("Applicants'") motion to intervene, and the Court having considered all relevant motions, memoranda, and supporting documents, and good cause having been shown, orders that applicants' motion for as of right intervention is GRANTED. The clerk of this Court is directed to file Applicants' Answer, which Applicants lodged with their motion.

DATED this 21st day of January, 2025.

Tana Lin
United States District Judge

Presented by:

*/s/ Susan Jane M. Brown   .*
Susan Jane M. Brown (WSB# 31224)
Silvix Resources
4107 N.E. Couch Street
Portland, OR  97232
(503) 680-5513
sjb@silvix.org

*Attorney for Defendants-Intervenors-Applicants*