THE HONORABLE TANA LIN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

|  |  |
|---|---|
| ANIMAL WELLNESS ACTION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. FISH AND WILDLIFE SERVICE, *et al.*,<br><br>Federal Defendants. | Case No. 2:24-cv-1796-TL<br><br>**[PROPOSED]** ORDER ON NOTICE OF EXEMPTION |

The Court, being fully advised and finding good cause, strikes the deadlines for the Fed. R. Civ. P. 26(f) conference and Fed. R. Civ. P. 26(a) initial disclosures set forth in the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement.  ECF 17.

Dated:  January 28, 2025

_____
Tana Lin
United States District Judge

Case No. 2:24-cv-1796-TL

U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 305-0641